FILED
CHARLOTTE, NC

JUN 25 2013

US District Court
Western District of NC

After Recording, Please Return to:

Andrew Roy Bickwit
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, Georgia 30329
Phone: (678) 298-8837
Fax: (404) 329-8048
ARBickwit@jflegal.com

Cross - reference to:

Deed Book 13578, Page 654
    Mecklenburg County, NC Registry of Deeds
Deed Book 14620, Page 899
    Mecklenburg County, NC Registry of Deeds
Deed Book 14912, Page 694
    Mecklenburg County, NC Registry of Deeds
Deed Book 23616, Page 689
    Mecklenburg County, NC Registry of Deeds
Deed Book 24138, Page 459
    Mecklenburg County, NC Registry of Deeds
Deed Book 24070, Page 868
    Mecklenburg County, NC Registry of Deeds
Deed Book 24647, Page 400
    Mecklenburg County, NC Registry of Deeds

[Space Above This Line for Recording Data]

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:11-CV-65-GCM

THE BANK OF NEW YORK AS TRUSTEE
FOR THE NOTEHOLDERS CWABS II,
INC., LFT 2005-04,

    Plaintiff,

vs.

KHARA INGRAM AND KYRON INGRAM;
NATIONWIDE TRUSTEE SERVICES, INC.
SELECTIVE DEVELOPMENT, LLC.;
UNITED STATES DEPARTMENT OF
HOUSING & URBAN DEVELOPMENT;
ATREUS COMMUNITIES GROUP f/k/a
HOMELIFE COMMUNITIES GROUP f/k/a
HOMELIFE COMMUNITIES GROUP OF
CHARLOTTE, INC.; LVNV FUNDING,
LLC.,

    Defendants.

**ORDER**

The matter has come before the Court upon Plaintiff's motion for order of resale of real property [DE-28]. The Substitute Trustee, Nationwide Trustee Services, Inc., acting as Commissioner per the Court's order of August 22, 2012 [DE-27] conducted a judicial foreclosure sale on April 18, 2013 of the real property located at 3608 Lukes Drive, Charlotte, North Carolina 28216 ("the Real Property"), said Real Property being, in part, the subject of the above-styled action. Plaintiff was the high bidder at the April 18, 2013 judicial foreclosure sale [DE-28, Exhibit "B"]. The notice of the judicial foreclosure sale, however, contained errors, particularly as to the case number in the above-styled action and the identification of the Court from which the judgment for the judicial foreclosure sale emanated [DE-28, Exhibit "A"]. The notice was not in compliance with N.C. Gen. Stat. § 1-339.15(1) as it did not properly "refer to the order authorizing the sale" and, therefore, the judicial foreclosure sale conducted on April 18, 2013 was rendered defective.

F.R.C.P. Rule 60(b)(1) and (6) provide, in relevant part, that "[o]n motion and just terms, the court may relieve a party or its legal representative from a final judgment, order, or proceeding for ... mistake, inadvertence, surprise, or excusable neglect ... or; any other reason that justifies relief ..." *Id.*

Both mistake and good cause justifying relief having been demonstrated to set aside the April 18, 2013 judicial foreclosure sale, Plaintiff's motion is hereby GRANTED, and it is hereby ORDERED that:

1.    The April 18, 2013 judicial foreclosure sale be, and is hereby set aside; and,

2.    Priority Trustee Services of NC, L.L.C. be, and is hereby, appointed as Commissioner by the Court and authorized, pursuant to N.C. Gen. Stat. § 1-339.4(1), to conduct a judicial resale of the Real Property pursuant to the Court's order of August 22, 2012 [DE-27].

This the 24th of June, 2013.

GRAHAM C. MULLEN
Chief United States District Court Judge

## DISTRIBUTION LIST

Khara Ingram
420 Leecrest Drive
Charlotte, North Carolina 28214
Defendant *pro-se*

Kyron Ingram
420 Leecrest Drive
Charlotte, North Carolina 28214
Defendant *pro-se*

Nationwide Trustee Services, Inc.
c/o Hillary Shaw, General Counsel
400 Northridge Road
Atlanta, Georgia 30350
Attorney for Defendant Nationwide Trustee
Services, Inc.

Selective Development, LLC
c/o it's Registered Agent Michael Mulvaney
1500 Atlantic Boulevard, #205
Key West, Florida 33050
Defendant *pro-se*

James M. Sullivan, Assistant U.S. Attorney
U.S. Department of Housing & Urban
Development
Carillon Building, Suite 1650
227 West Trade Street
Charlotte, North Carolina 28202
Attorney for U.S. Department of Housing &
Urban Development

Atreus Communities Group formerly known as
Homelife Communities Group of Charlotte, Inc.
c/o it's Registered Agent Carter Allen
1000 Johnson Ferry Road, Suite A-125
Marietta, Georgia 30068
Defendant *pro-se*

LVNV Funding, LLC
c/o it's Registered Agent Pam Adams
150 Fayetteville Street
Raleigh, North Carolina 27601
Defendant pro-se

Andrew Roy Bickwit, Esq.
Johnson & Freedman, LLC
1587 Northeast Expressway
Atlanta, Georgia 30329
Attorney for Plaintiff