IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL ACTION NO.: 3:11-CV-65-GCM

| | |
|---|---|
| THE BANK OF NEW YORK AS TRUSTEE FOR THE NOTEHOLDERS CWABS II, INC., LFT 2005-04,<br><br>Plaintiff,<br><br>V.<br><br>KHARA INGRAM AND KYRON INGRAM; NATIONWIDE TRUSTEE SERVICES, INC.; SELECTIVE DEVELOPMENT, LLC; UNITED STATES DEPARTMENT OF HOUSING & URBAN DEVELOPMENT; ATREUS COMMUNITIES GROUP f/k/a HOMELIFE COMMUNITIES GROUP f/k/a HOMELIFE COMMUNITIES GROUP OF CHARLOTTE, INC.; LVNV FUNDING, LLC,<br><br>Defendant(s). | FILED<br>CHARLOTTE, NC<br><br>JAN 09 2014<br><br>US District Court<br>Western District of NC<br><br>**ORDER TO SUBSTITUTE COMMISSIONER**<br><br>*N.C. GEN. STAT. § 1-339.4(1)* |

THIS CAUSE, coming on before the undersigned ~~Chief~~ United States District Court Judge upon the Plaintiff's motion to substitute commissioner;

AND IT APPEARING TO THE COURT that the Plaintiff is entitled to the relief sought.

NOW THEREFORE, it is hereby **ORDERED, ADJUDED and DECREED** that:

(1) Substitute Trustee Services, Inc. is hereby appointed as Commissioner by the Court and authorized, pursuant to N.C. GEN. STAT. § 1-339.4(1), to conduct a judicial resale of the Real Property pursuant to the Court's order of August 22, 2012, [D.E. #27];

SO ORDERED this the 8th day of January, 2014.

_____
GRAHAM C. MULLEN
~~Chief~~ United States District Court Judge